**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

STACEY L. PHILLIPS

                                  Case No.: 8:24-cv-2717-VMC-AEP

      Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

      Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Stacey L. Phillips and Defendant, Experian Information Solutions, Inc. (collectively, the "Parties") by and through their respective counsel, hereby submit this Notice of Pending Settlement and states that Plaintiff and the above named Defendant have reached a settlement with regard to all claims in this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                  Respectfully Submitted,
                                  REBBECCA GOODALL LAW, PA

                                  /s/ Rebbecca A. Goodall
                                  Rebbecca A. Goodall, Esq.
                                  Florida Bar No.:  0115344
                                  rgoodall.law@gmail.com
                                  P.O. Box 1304
                                  Elfers, FL 34680
                                  (813) 438-3695
                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished by electronic mail through the Court's CM/ECF system on the 2nd day of April 2025, to counsel of record.

                                  */s/ Rebbecca A. Goodall*
                                  Attorney